1  RANDI W. SINGER (Bar No. 320587)
2  randi.singer@weil.com
   WEIL, GOTSHAL & MANGES LLP
3  767 Fifth Avenue
4  New York, NY 10153
   Telephone: (212) 310-8000
5  Facsimile: (212) 310-8007

6
7  Attorney for Defendant GODIVA
   CHOCOLATIER, INC.

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

12
   ELIZABETH KERMANI, individually        Case No. 2:23-cv-02832-MWF-KS
13 and on behalf of all others similarly
   situated,                              **JOINT STIPULATION FOR**
14                                        **EXTENSION OF TIME FOR**
15            Plaintiff,                  **DEFENDANT TO RESPOND TO**
                                          **PLAINTIFF'S CLASS ACTION**
16 v.                                     **COMPLAINT**
17
   GODIVA CHOCOLATIER, INC.,              Dept.:  Courtroom 5A
18                                        Judge:  Honorable Michael W. Fitzgerald
19            Defendant.

20
21
22
23
24
25
26
27
28

.

The undersigned counsel for Elizabeth Kermani ("Plaintiff") and Godiva Chocolatier, Inc. ("Defendant", together with Plaintiff the "Parties"), in the above-captioned action, by and through their undersigned counsel, pursuant to Civil Local Rules 5-4.4, 11, 7-1, and 52-4.1, stipulate and agree as follows:

WHEREAS Plaintiff filed her Class Action Complaint ("Complaint") in this case on April 14, 2023 (ECF No. 1);

WHEREAS, Defendant agreed to waive service which set the deadline for Defendant to respond to Plaintiff's Complaint as June 27, 2023 (ECF No. 9);

WHEREAS, the Court granted on June 27, 2023, a joint stipulation extending the time period for Defendant to respond to Plaintiff's Complaint from June 27, 2023 to and including August 11, 2023 (ECF No. 13);

WHEREAS, on July 12, 2023, the Parties reached an agreement to resolve this matter;

WHEREAS, under the Parties' agreement, the Parties have up to and including September 19, 2023 to fulfill certain terms of the agreement, and file notice of voluntary dismissal with the Court once certain terms are fulfilled;

WHEREAS, in alignment with the Parties' agreement, Plaintiff has agreed to extend the time period for Defendant to respond to Plaintiff's Complaint for thirty-nine (39) days to and including September 19, 2023;

WHEREAS, this is Defendant's second request for any extension of time;

NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the Parties, through their respective counsel that Defendant's Response to Plaintiff's Complaint shall be due on September 19, 2023, and all other scheduled Court events and deadlines shall be extended by thirty-nine (39) days.

Please serve copies of all notices and documents issued by the Court and filed by the parties upon the foregoing.

Dated: August 10, 2023

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP

By: /s/ Randi Singer

RANDI SINGER (Bar No. 320587)
ERIC HOCHSTADT (pro hac vice forthcoming)
randi.singer@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Arianna M. Scavetti (pro hac vice forthcoming)
arianna.scavetti@weil.com
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7000
Facsimile: (202) 857-0940

Attorneys for Defendant Godiva Chocolatier, Inc.

| | |
|---|---|
| Dated: August 10, 2023 | Respectfully submitted, |
| | CLARKSON LAW FIRM, P.C. |
| | By: */s/ Bahar Sodaify* |
| | BAHAR SODAIFY (SBN 289730)<br>RYAN J. CLARKSON (SBN 257074)<br>ALAN GUDINO (SBN 326738)<br>Email: bsodaify@clarksonlawfirm.com<br>Email: rclarkson@clarksonlawfirm.com<br>Email: agudino@clarksonlawfirm.com<br>Clarkson Law Firm PC<br>22525 Pacific Coast Highway<br>Malibu, CA 90265<br>213-788-4050<br>Fax: 213-788-4070 |
| | Attorneys for Plaintiff |

## **ATTESTATION**

I, Randi W. Singer am the ECF user whose ID and password were used to file this Joint Stipulation for Extension of Time for Defendant to Respond to Plaintiff's Class Action Complaint. Pursuant to L.R. 5-4.3.4(a)(2), I hereby attest that Bahar Sodaify concurred in the filing's content and has authorized the filing of this document.

Dated: August 10, 2023                     */s/ Randi W. Singer*