UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ELIZABETH KERMANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GODIVA CHOCOLATIER, INC.,<br><br>Defendant. | Case No. 2:23-cv-02832-MWF(KSx)<br><br>**ORDER GRANTING JOINT STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S CLASS ACTION COMPLAINT**<br><br>Dept.:   Courtroom 5A<br>Judge:   Honorable Michael W. Fitzgerald |

.

Having considered the Parties' Stipulation to Extend Time For Defendant to Respond to Plaintiff's Class Action Complaint, and pursuant to Civil Local Rules 5-4.4, 11, 7-1, and 52-4.1,

**IT IS HEREBY ORDERED THAT** the Stipulation is GRANTED.  Defendant's Response to Plaintiff's Complaint shall be due on September 19, 2023.

**IT IS SO ORDERED.**

Dated:  August 11, 2023

_____
MICHAEL W. FITZGERALD
United States District Judge