**CLARKSON LAW FIRM, P.C.**
Ryan J. Clarkson (SBN 257074)
rclarkson@clarksonlawfirm.com
Bahar Sodaify (SBN 289730)
bsodaify@clarksonlawfirm.com
Alan Gudino (SBN 326738)
agudino@clarksonlawfirm.com
Ryan D. Ardi (SBN 348738)
rardi@clarksonlawfirm.com
22525 Pacific Coast Highway
Malibu, CA 90265
Tel: (213) 788-4050
Fax: (213) 788-4070

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH KERMANI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>GODIVA CHOCOLATIER, INC.,<br><br>Defendant. | Case No. 2:23-cv-02832-MWF-KS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE AS TO NAMED PLAINTIFF AND WITHOUT PREJUDICE AS TO THE PUTATIVE CLASS PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>Complaint Filed: April 14, 2023 |

1  Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure,
2  Plaintiff Eliabeth Kermani ("Plaintiff") voluntarily dismisses this action against
3  Defendant Godiva Chocolatier, Inc. ("Defendant") with prejudice as to the named
4  Plaintiff and without prejudice as to the putative class. Defendant has neither
5  answered Plaintiff's Complaint nor filed a motion for summary judgment.
6  Therefore, Plaintiff may dismiss the above-captioned action without a court order.

Dated: September 15, 2023

**CLARKSON LAW FIRM, P.C.**

/s/ Bahar Sodaify
Ryan J. Clarkson, Esq.
Bahar Sodaify, Esq.
Alan Gudino, Esq.
Ryan D. Ardi, Esq.

*Attorneys for Plaintiff*